**Order filed February 22, 2013**



**In The**

# Fourteenth Court of Appeals

_____

**NO.  14-12-00096-CR**
_____

**JOSE VASQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1333231**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **state's exhibit #150, a video.**

The clerk of the 228th District Court is directed to deliver to the Clerk of this court the original of state's exhibit #150, a video, on or before **March 1, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of state's exhibit #150, a video, to the clerk of the 228th District Court.

PER CURIAM